IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ware, Benjamin C

Printed: 6/3/08

Case Number: 07 B 13676
Judge: Wedoff, Eugene R
Filed: 7/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 17, 2008
Confirmed: November 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 960.00 |  |
| Secured: |  | 901.34 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 6.74 |
| Trustee Fee: |  | 51.92 |
| Other Funds: |  | 0.00 |
| Totals: | 960.00 | 960.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,400.00 | 6.74 |
| 2. | New Age Chicago Furniture Co | Secured | 600.00 | 95.19 |
| 3. | Great American Finance Company | Secured | 409.06 | 7.99 |
| 4. | DaimlerChrysler Servs North America | Secured | 13,130.66 | 798.16 |
| 5. | Internal Revenue Service | Priority | 3,337.00 | 0.00 |
| 6. | New Age Chicago Furniture Co | Unsecured | 2,320.69 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 984.40 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 390.98 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 362.19 | 0.00 |
| 10. | Sallie Mae | Unsecured | 24,549.45 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 358.86 | 0.00 |
| 12. | La Chapelle Credit Service | Unsecured | 382.34 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 984.40 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 239.54 | 0.00 |
| 15. | Chicago Fire Officers Assoc | Unsecured | 4,231.70 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 180.86 | 0.00 |
| 17. | Cook County Treasurer | Secured | | No Claim Filed |
| 18. | Mages & Price | Unsecured | | No Claim Filed |
| 19. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Rogers & Hollands Jewelers | Unsecured | | No Claim Filed |
| 23. | Bank Of Marin | Unsecured | | No Claim Filed |
| 24. | CB USA | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ware, Benjamin C

Printed: 6/3/08

Case Number: 07 B 13676
Judge: Wedoff, Eugene R
Filed: 7/31/07

| | | | |
|---|---|---|---|
| 26. Turner Acceptance Corporation | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 54,862.13 | $ 908.08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.45 |
| 6.5% | 0.47 |
| | _____ |
| | $ 51.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____